UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PATRICIA WHEELER AND<br>HELEN HEIGHTSMAN GORDON, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| vs. | ) | CASE NO. 1:15-cv-00481-WTL-DKL |
| AUTHOR SOLUTIONS LLC, | )<br>)<br>) | |
| Defendant. | ) | |

**ORDER STAYING DEADLINE FOR FILING CASE MANAGEMENT
PLAN AND CONTINUING PRETRIAL CONFERENCE**

This cause has come before the Court upon the Agreed Motion to Stay Deadline for Filing Case Management Plan and Continue Pretrial Conference. And the Court, being fully advised, finds that said Motion should be granted; it is, therefore

ORDERED that the deadline for filing the Case Management Plan be stayed and the Pretrial Conference currently scheduled for June 4, 2015, at 9:00 a.m. is VACATED and will be reset by this Magistrate Judge if the Motion to Consolidate is not granted.

All of which is ordered this   06/02/2015

_Denise K. LaRue_
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Copies to:

Distribution to all registered counsel by CM/ECF:

bhewitt@alerdingcastor.com
mgalliher@alerdingcastor.com
bbabb@boselaw.com
herman.jonathan@dorsey.com
malerding@alerdingcastor.com

Distribution by First Class Mail to:

Jonathan Montcalm
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019-6119

Christopher G. Karagheuzoff
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019-6119

Oren Giskan
GISKAN SOLOTAROFF ANDERSON & STEWART LLP
11 Broadway, Suite 2150
New York, NY 10004

2778634