UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DONNA JO EVERETTE AND WANDA SPENCER, <br><br> Plaintiffs, <br><br> vs. <br><br> AUTHOR SOLUTIONS LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) Case No. 1:14-cv-01827-WTL-TAB |

## ORDER ON AGREED MOTION TO CONSOLIDATE

Now before the Court is the Agreed Motion to Consolidate and for Stay, filed by the Plaintiffs, Donna Jo Everette and Wanda Spencer. And the Court, having reviewed this motion and being duly advised, finds that the Motion should be granted.

It is therefore ORDERED that:

(1) This action should be and hereby is consolidated with the related action pending before this Court captioned *Wheeler et al. v. Author Solutions LLC*, 1:15-cv-00481-WTL-DKL. All further pleadings in the consolidated action shall be filed under Case No. 1:14-cv-01827-WTL-TAB; and

(2) All further proceedings in this consolidated action are stayed for sixty (60) days from the date of this Order.

Dated: 6/3/15

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Service on all ECF-registered counsel via CM/EFS

Service via U.S. Mail:
Jonathan M. Herman
Dorsey & Whitney LLP
51 West 52nd Street
New York, NY  10019-6119